

June 7, 2022

<u>**VIA ECF**</u>

ATTN: Hon. Paul G. Gardephe
Daniel Patrick Moynihan United States Courthouse
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

> **Memo Endorsed:** The conference scheduled for June 9, 2022 is adjourned to **July 21, 2022 at 12:15 p.m.** By July 12, 2022, the parties are directed to file a joint letter apprising the Court of the status of settlement discussions.
>
> Dated: June 8, 2022
>
> SO ORDERED.
>
> _____
> Paul G. Gardephe
> United States District Judge

Re:         Re:     Torres v. Unibud Restoration Corp. et al.
                    Docket No. 22-cv-1191;
                    Letter Motion for Adjournment of Initial Conference

Dear Judge Gardephe:

    I am counsel for the plaintiff, Genesis Torres, in the above referenced matter and I am writing jointly with all named defendants, pursuant to Your Honor's Individual Rule 4, to respectfully request an adjournment of the initial conference in this matter, currently scheduled for Thursday, June 9, 2022 at 10:00 AM. This is the first such request for an adjournment. The parties make this request because settlement discussions are ongoing, and there is a significant likelihood that the requested adjournment will allow for the parties to resolve this matter. Accordingly, the parties respectfully request an adjournment of 30 days or more.

    The parties thank the Court for its time and attention to this matter.

*Respectfully submitted,*

                                          DEREK SMITH LAW GROUP, PLLC
                                          *Attorneys for Claimant*

                                          Seamus P. Barrett, Esq.

<u>CC to all counsel of record via ECF</u>