UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

GENESIS TORRES,

           Plaintiff,

    -against-

UNIBUD RESTORATION CORP.,
ROBERT ZAWADSKI, CARLOS URIBE,
BREND RESTORATION SERVICES INC.,
and BREND RESTORATION, LLC,

           Defendants.

**ORDER**

22 Civ. 1191 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this matter currently scheduled for July 21, 2022 will instead take place on **September 8, 2022 at 12:15 p.m.** By August 25, 2022, the parties shall submit a joint letter apprising the Court of the status of settlement negotiations.

Dated: New York, New York
       July 21, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge