UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENESIS TORRES,

                Plaintiff,

- against -

UNIBUD RESTORATION CORP.; KRZYSTOF ZAGROBA; ROBERT ZAWADSKI; CARLOS URIBE; BREND RESTORATION SERVICES INC.; and BREND RESTORATION, LLC,

                Defendants.

**ORDER**

22 Civ. 1191 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein against Defendants Unibud Restoration Corp., Krzystof Zagroba, and Robert Zawadski have been settled (see Dkt. No. 21), it is ORDERED that Plaintiff's claims against these Defendants be, and hereby are, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within sixty days of this order, any party may apply by letter within the sixty-day period for the restoration of these Defendants in this action.  As to these Defendants only, any pending dates and deadlines are adjourned sine die, and any pending motions are moot.  The Clerk of Court is directed not to close the case.

Dated: New York, New York
       August 29, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge