UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENESIS TORRES,

              Plaintiff,

- against -

UNIBUD RESTORATION CORP., KRZYSTOF ZAGROBA, ROBERT ZAWADSKI, CARLOS URIBE, BREND RESTORATION SERVICES INC., and BREND RESTORATION, LLC,

              Defendants.

**ORDER**

22 Civ. 1191 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, on consent of Plaintiff Genesis Torres, all claims against Defendant Carlos Uribe are dismissed.

        The fact discovery deadline is extended to **March 3, 2023**. Any party seeking to file a dispositive motion will submit a letter in accordance with the Court's Individual Rules of Practice by **March 10, 2023**. Any opposition letters are due by **March 17, 2023**.

Dated:  New York, New York
          February 2, 2023

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge