UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENESIS TORRES,<br><br>                    Plaintiff(s),<br><br>      v.<br><br>UNIBUD RESTORATION CORP. et al,<br><br>                    Defendant(s). | 22-CV-1191 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On September 30, 2024, the Court issued an Opinion & Order denying Defendants' motion for summary judgment. *See* ECF No. 63. The Court directed the parties to file a join status letter within two weeks of the publication of that Order. The Court has not yet received a letter from the parties.

It is hereby ORDERED that the parties shall file a joint status letter by November 15, 2024. The letter shall state whether the parties request a referral for mediation through the District's Mediation Program or before the assigned Magistrate Judge. Alternatively, if the parties do not believe settlement discussions would be productive, the letter shall state the parties' availability for trial in January through March 2025.

      SO ORDERED.

Dated: November 8, 2024
       New York, New York

                                                   DALE E. HO
                                         United States District Judge