**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
GENESIS TORRES,

              Plaintiff,              22-CV-1191 (DEH) (OTW)

              -against-              **ORDER**

UNIBUD RESTORATION CORP., et al.,

              Defendants.

-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to file a joint letter on the docket by **Friday, March 14, 2025**, indicating whether they believe a follow up preliminary settlement conference call would be productive.

**SO ORDERED.**

Dated: March 7, 2025                *s/ Ona T. Wang*
      New York, New York        **Ona T. Wang**
                                United States Magistrate Judge