**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

GENESIS TORRES,                                             :
                                                           :
                         Plaintiff,                        :          22-CV-1191 (DEH)
                                                           :
          -against-                                         :
                                                           :          **ORDER**
UNIBUD RESTORATION CORP., et al.,                           :
                                                           :
                         Defendants.                       :
                                                           :
                                                           :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      On March 7, 2025, the Court directed the parties to file a joint letter on the docket by Friday, March 14, 2025, indicating whether they believed a follow up preliminary settlement conference call would be productive.  (ECF 70).  To date, the parties have filed nothing in response to the Court's March 7 Order.  (*See generally* Docket).  **Indeed, the parties have filed nothing at all since December 17, 2024**.  (*See generally* Docket).

      The parties are directed to file a joint status letter by **Friday, May 2, 2025**, indicating whether they have settled or if they intend to proceed to trial.  Failure to file anything at all may result in a recommendation that Judge Ho dismiss the case for failure to prosecute.

      **SO ORDERED.**

                                      *s/ Ona T. Wang*

Dated: April 30, 2025                                               **Ona T. Wang**
      New York, New York                              United States Magistrate Judge