UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Genesis Torres,<br><br>　　　　　　　Plaintiff(,<br><br>　　v.<br><br>Unibud Restoration Corp. et al,<br><br>　　　　　　　Defendants. | 22-CV-1191 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

In light of the cancellation of the settlement conference, *see* ECF No. 75, it is hereby ORDERED that the parties shall submit a joint status letter by July 2, 2025. The letter shall state the parties' availability for trial in November 2025 through January 2026.

SO ORDERED.

Dated: June 20, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge