UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Genesis Torres,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Unibud Restoration Corp., et al.,<br><br>　　　　　　　　　Defendants. | 22-CV-1191 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

　　In light of the Stipulation of Voluntary Dismissal, ECF No. 84, all deadlines and conferences are cancelled. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: December 12, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge